# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **CURT L. CHAMBERS, II.** | **CIVIL ACTION NO. 19-182-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **B. BOUGHTON, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

# J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e). His claim is subject to a one-year statute of limitations, and he filed suit more than one year after the alleged incident of excessive force. The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this __4th day of ____June____ 2019.

_____
**ELIZABETH ERNY FOOTE**
**UNITED STATES DISTRICT JUDGE**